**Fill in this information to identify the case:**

Debtor 1: John Carl Riser

Debtor 2 (Spouse, if filing): Erica Ramage Riser

United States Bankruptcy Court for the: Southern District of Mississippi

Case number: 23-01964

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Community Bank of Mississippi

Court claim no. (if known): 5

Last 4 digits of any number you use to identify the debtor's account: 7 6 0 2

Date of payment change: Must be at least 21 days after date of this notice: 03/05/2026

New total payment: Principal, interest, and escrow, if any: $ 1,019.00

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 349.28    New escrow payment: $ 425.28

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

| Debtor 1 | John Carl Riser | | | Case number (if known) 23-01964 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X _/s/ Jeff_      Date 3/2/26
   Signature

Print: **Jacob Edward Hughes**     Title **Assistant Vice President**
       First Name    Middle Name    Last Name

Company: **Community Bank of Mississippi**

Address: **1255 W Government St**
      Number    Street

      **Brandon**               **MS**    **39042**
      City                   State    ZIP Code

Contact phone **601-706-0331**     Email **jake.hughes@communitybank.net**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: JOHN CARL RISER
       ERICA RAMAGE RISER                         NO. 23-01964-JAW

### CERTIFICATE OF SERVICE

I, Jeff Rawlings, do hereby certify that I served a true and correct copy of the **Notice of Mortgage Payment Change** by first class mail, postage prepaid to John Carl Riser and Erica Ramage Riser, 600 Riser Road, Forest, MS 39074 and via the ECF notification service to Jennifer A Curry Calvillo, Thomas Carl Rollins, Jr., David Culver Rawlings, and the U.S. Trustee.

DATED: March 2, 2026

                                              /s/ Jeff Rawlings
                                              Jeff D. Rawlings

Jeff D. Rawlings
Rawlings & MacInnis, P.A.
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net
MSB # 4642

```
Community Bank of Mississippi                              Page      1
1905 Community Bank Way Ste 19
Flowood, MS 39232


                    ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
                         PROJECTIONS FROM PREVIOUS YEAR


Erica Riser
John C Riser
600 Riser Rd
Forest MS 39074-9589



Re:  Loan                                               1/26/26

This is an estimate of activity in your escrow account during the coming
year based on payments anticipated to be made from your account.

Month         Payments to      Payments from    Description      Escrow Account
              Escrow  Account  Escrow Account                       Balance

Starting Balance: .............................................  1,035.75

Mar 2025         349.28           0.00                            1,385.03
Apr 2025         349.28           0.00                            1,734.31
May 2025         349.28           0.00                            2,083.59
Jun 2025         349.28        2,448.45        Prop/Wind/Flood       15.58-
Jul 2025         349.28           0.00                              333.70
Aug 2025         349.28           0.00                              682.98
Sep 2025         349.28           0.00                            1,032.26
Oct 2025         349.28           0.00                            1,381.54
Nov 2025         349.28           0.00                            1,730.82
Dec 2025         349.28         879.75         County Taxes       1,200.35
Jan 2026         349.28           0.00                            1,549.63
Feb 2026         349.28           0.00                            1,898.91

               4,191.36        3,328.20
```

Your projected current escrow balance is 1,035.75. Your projected
starting escrow balance according to this analysis should be 1,893.75.
This means you have a shortage of 858.00. This shortage may be
collected from you over a period of 12 months or more unless the shortage is
less than 1 month's deposit, in which case we have the additional option of
requesting payment within 30 days. We have decided to collect the shortage
over 12 months.

PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.

Your mortgage payment for the coming year will be 943.00 of which
593.72 will be for principal and interest and 349.28 will go
into your escrow account.

If you have any questions concerning your loan or this notice,
please contact: Bankruptcy Officer at (601) 469-1611

```
Community Bank of Mississippi                              Page    1
1905 Community Bank Way Ste 19
Flowood, MS 39232



Erica Riser
John C Riser
600 Riser Rd
Forest MS 39074-9589



                    ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
                                ACCOUNT HISTORY


Re:   Loan                                              1/26/26


This is a statement of actual activity in your escrow account from
March 1, 2025 to February 28, 2026. Compare it to the Annual Escrow
Account Disclosure Statement Projections for Coming Year which was sent to
you on January 24, 2025 (another copy is enclosed).

Your monthly mortgage payment for the past year was 943.00 of which
593.72 was for principal and interest and 349.28 went into
your escrow account.



Month         Payments to      Payments from    Description      Escrow Account
              Escrow Account   Escrow Account                    Balance

Starting Balance: .........................................     979.78

Mar 2025       349.28             0.00                           1,329.06
Apr 2025       349.28             0.00                           1,678.34
May 2025       349.28             0.00                           2,027.62
Jun 2025       349.28          2,856.35 * Prop/Wind/Flood          479.45-
Jul 2025       392.50 *           0.00                              86.95-
Aug 2025       349.28             0.00                             262.33
Sep 2025       349.28             0.00                             611.61
Oct 2025       349.28             0.00                             960.89
Nov 2025       349.28             0.00                           1,310.17
Dec 2025       392.50 *        1,237.99 * County Taxes             464.68
Jan 2026       349.28             0.00                             813.96
Feb 2026         0.00 *           0.00                             813.96

             3,928.52          4,094.34

An Asterisk(*) indicates a difference from a previous estimate either in the
date or amount.

Last year, we anticipated that payments from your account would be made during
this period equaling 3,328.20. Under Federal law, your lowest monthly
balance should not have exceeded 554.70 or 1/6 of anticipated payments
from the account, unless your mortgage contract or State law specifies a lower
amount. Under your mortgage contract and State law, your lowest monthly balance
should not have exceeded 554.70. If you want a further explanation,
please call Bankruptcy Officer at (601) 469-1611
```

Community Bank of Mississippi  Page    1
1905 Community Bank Way Ste 19
Flowood, MS 39232

ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
PROJECTIONS FOR COMING YEAR

Erica Riser
John C Riser
600 Riser Rd
Forest MS 39074-9589

Re: Loan                                                        1/26/26

This is an estimate of activity in your escrow account during the coming
year based on payments anticipated to be made from your account.

| Month | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Account Balance |
|---|---|---|---|---|
| Starting Balance: | | | | 1,163.24 |
| Mar 2026 | 425.28 | 0.00 | | 1,588.52 |
| Apr 2026 | 425.28 | 0.00 | | 2,013.80 |
| May 2026 | 425.28 | 0.00 | | 2,439.08 |
| Jun 2026 | 425.28 | 2,856.35 | Prop/Wind/Flood | 8.01 |
| Jul 2026 | 425.28 | 0.00 | | 433.29 |
| Aug 2026 | 425.28 | 0.00 | | 858.57 |
| Sep 2026 | 425.28 | 0.00 | | 1,283.85 |
| Oct 2026 | 425.28 | 0.00 | | 1,709.13 |
| Nov 2026 | 425.28 | 0.00 | | 2,134.41 |
| Dec 2026 | 425.28 | 1,237.99 | County Taxes | 1,321.70 |
| Jan 2027 | 425.28 | 0.00 | | 1,746.98 |
| Feb 2027 | 425.28 | 0.00 | | 2,172.26 |
|  | 5,103.36 | 4,094.34 | | |

Your projected current escrow balance is 1,163.24. Your projected
starting escrow balance according to this analysis should be 2,173.99.
This means you have a shortage of 1,010.75. This shortage may be
collected from you over a period of 12 months or more unless the shortage is
less than 1 month's deposit, in which case we have the additional option of
requesting payment within 30 days. We have decided to collect the shortage
over 12 months.

PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.

Your mortgage payment for the coming year will be 1,019.00 of which
593.72 will be for principal and interest and 425.28 will go
into your escrow account.

If you have any questions concerning your loan or this notice,
please contact: Bankruptcy Officer at (601) 469-1611