Fill in this information to identify the case:

Debtor 1: John Carl Riser

Debtor 2 (Spouse, if filing): Erica Ramage Riser

United States Bankruptcy Court for the: Southern District of Mississippi

Case number: 23-01964

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Community Bank of Mississippi

Court claim no. (if known): 5

Last 4 digits of any number you use to identify the debtor's account: 7 6 0 2

Date of payment change: Must be at least 21 days after date of this notice: 4/5/26

New total payment: Principal, interest, and escrow, if any $ 1,019.00

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 349.28    New escrow payment: $ 425.28

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

| Debtor 1 | John Carl Riser | | | Case number (if known) 23-01964 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X /s/ Jeh Date 3/3/26
Signature

Print: Jacob Edward Hughes       Title Assistant Vice President
First Name   Middle Name   Last Name

Company  Community Bank of Mississippi

Address  1255 W Government St
Number   Street

Brandon            MS    39042
City               State ZIP Code

Contact phone  601-706-0331       Email jake.hughes@communitybank.net

Official Form 410S1          Notice of Mortgage Payment Change          page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: JOHN CARL RISER
ERICA RAMAGE RISER                              NO. 23-01964-JAW

### CERTIFICATE OF SERVICE

I, Jeff Rawlings, do hereby certify that I served a true and correct copy of the **Notice of Mortgage Payment Change** by first class mail, postage prepaid to John Carl Riser and Erica Ramage Riser, 600 Riser Road, Forest, MS 39074 and via the ECF notification service to Jennifer A Curry Calvillo, Thomas Carl Rollins, Jr., David Culver Rawlings, and the U.S. Trustee.

DATED: March 3, 2026

/s/ Jeff Rawlings
Jeff D. Rawlings

Jeff D. Rawlings
Rawlings & MacInnis, P.A.
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net
MSB # 4642

```
Community Bank of Mississippi                                    Page     1
1905 Community Bank Way Ste 19
Flowood, MS 39232


                    ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
                          PROJECTIONS FROM PREVIOUS YEAR


Erica Riser
John C Riser
600 Riser Rd
Forest MS 39074-9589



Re:   Loan                                                       1/26/26

This is an estimate of activity in your escrow account during the coming
year based on payments anticipated to be made from your account.

Month          Payments to      Payments from    Description     Escrow Account
               Escrow Account   Escrow Account                   Balance

Starting Balance: ............................................   1,035.75

Mar 2025         349.28             0.00                          1,385.03
Apr 2025         349.28             0.00                          1,734.31
May 2025         349.28             0.00                          2,083.59
Jun 2025         349.28         2,448.45         Prop/Wind/Flood     15.58-
Jul 2025         349.28             0.00                            333.70
Aug 2025         349.28             0.00                            682.98
Sep 2025         349.28             0.00                          1,032.26
Oct 2025         349.28             0.00                          1,381.54
Nov 2025         349.28             0.00                          1,730.82
Dec 2025         349.28           879.75         County Taxes     1,200.35
Jan 2026         349.28             0.00                          1,549.63
Feb 2026         349.28             0.00                          1,898.91

               4,191.36         3,328.20
```

Your projected current escrow balance is 1,035.75. Your projected starting escrow balance according to this analysis should be 1,893.75. This means you have a shortage of 858.00. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect the shortage over 12 months.

PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.

Your mortgage payment for the coming year will be 943.00 of which 593.72 will be for principal and interest and 349.28 will go into your escrow account.

If you have any questions concerning your loan or this notice, please contact: Bankruptcy Officer at (601) 469-1611

```
Community Bank of Mississippi                              Page    1
1905 Community Bank Way Ste 19
Flowood, MS 39232



Erica Riser
John C Riser
600 Riser Rd
Forest MS 39074-9589




                    ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
                                 ACCOUNT HISTORY


      Re:  Loan                                           1/26/26


      This is a statement of actual activity in your escrow account from
      March 1, 2025 to February 28, 2026. Compare it to the Annual Escrow
      Account Disclosure Statement Projections for Coming Year which was sent to
      you on January 24, 2025 (another copy is enclosed).

      Your monthly mortgage payment for the past year was 943.00 of which
      593.72 was for principal and interest and 349.28 went into
      your escrow account.
```

| Month | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Account Balance |
|---|---|---|---|---|
| Starting Balance: | | | | 979.78 |
| Mar 2025 | 349.28 | 0.00 | | 1,329.06 |
| Apr 2025 | 349.28 | 0.00 | | 1,678.34 |
| May 2025 | 349.28 | 0.00 | | 2,027.62 |
| Jun 2025 | 349.28 | 2,856.35 * | Prop/Wind/Flood | 479.45- |
| Jul 2025 | 392.50 * | 0.00 | | 86.95- |
| Aug 2025 | 349.28 | 0.00 | | 262.33 |
| Sep 2025 | 349.28 | 0.00 | | 611.61 |
| Oct 2025 | 349.28 | 0.00 | | 960.89 |
| Nov 2025 | 349.28 | 0.00 | | 1,310.17 |
| Dec 2025 | 392.50 * | 1,237.99 * | County Taxes | 464.68 |
| Jan 2026 | 349.28 | 0.00 | | 813.96 |
| Feb 2026 | 0.00 * | 0.00 | | 813.96 |
| | 3,928.52 | 4,094.34 | | |

```
      An Asterisk(*) indicates a difference from a previous estimate either in the
      date or amount.

      Last year, we anticipated that payments from your account would be made during
      this period equaling 3,328.20. Under Federal law, your lowest monthly
      balance should not have exceeded 554.70 or 1/6 of anticipated payments
      from the account, unless your mortgage contract or State law specifies a lower
      amount. Under your mortgage contract and State law, your lowest monthly balance
      should not have exceeded 554.70. If you want a further explanation,
      please call Bankruptcy Officer at (601) 469-1611
```

```
Community Bank of Mississippi                                   Page     1
1905 Community Bank Way Ste 19
Flowood, MS 39232


                    ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
                            PROJECTIONS FOR COMING YEAR


Erica Riser
John C Riser
600 Riser Rd
Forest MS 39074-9589




Re:  Loan                                                    1/26/26

This is an estimate of activity in your escrow account during the coming
year based on payments anticipated to be made from your account.


Month         Payments to      Payments from    Description      Escrow Account
              Escrow Account   Escrow Account                    Balance

Starting Balance: ............................................    1,163.24

Mar 2026         425.28            0.00                           1,588.52
Apr 2026         425.28            0.00                           2,013.80
May 2026         425.28            0.00                           2,439.08
Jun 2026         425.28         2,856.35      Prop/Wind/Flood         8.01
Jul 2026         425.28            0.00                             433.29
Aug 2026         425.28            0.00                             858.57
Sep 2026         425.28            0.00                           1,283.85
Oct 2026         425.28            0.00                           1,709.13
Nov 2026         425.28            0.00                           2,134.41
Dec 2026         425.28         1,237.99      County Taxes        1,321.70
Jan 2027         425.28            0.00                           1,746.98
Feb 2027         425.28            0.00                           2,172.26

                5,103.36        4,094.34
```

Your projected current escrow balance is 1,163.24. Your projected
starting escrow balance according to this analysis should be 2,173.99.
This means you have a shortage of 1,010.75. This shortage may be
collected from you over a period of 12 months or more unless the shortage is
less than 1 month's deposit, in which case we have the additional option of
requesting payment within 30 days. We have decided to collect the shortage
over 12 months.

PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.

Your mortgage payment for the coming year will be 1,019.00 of which
593.72 will be for principal and interest and 425.28 will go
into your escrow account.

If you have any questions concerning your loan or this notice,
please contact: Bankruptcy Officer at (601) 469-1611