

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 6, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

IN THE MATTER OF:                                              CASE NO.: 23-01964 - JAW
 **JOHN CARL RISER **
 ERICA  RAMAGE  RISER
 SS#:  XXX-XX-7713

<u>**RELEASE OF WAGES**</u>

THE ORDER HERETOFOR ENTERED IN THESE PROCEEDINGS BY WHICH THE DEBTOR'S
EMPLOYER:

SIMPSON COUNTY SCHOOLS
ATTN PAYROLL DEPT
501 CHOCTAW ST E
MAGEE, MS 39111-0000


WAS REQUIRED TO PAY THE ABOVE DEBTOR'S EARNINGS OR A PORTION THEREOF TO:

Torri Parker Martin
Standing Chapter 13 Trustee
200 NORTH CONGRESS STREET
SUITE 400
JACKSON, MS 39201-1902

IS VACATED FOR THE FOLLOWING REASON(S): NO LONGER EMPLOYED

AND THE ABOVE-NAMED EMPLOYER WILL HENCEFORTH CEASE DEDUCTIONS OF ANY
WAGES AND WILL ACCOUNT DIRECTLY TO THE EMPLOYEE FOR ANY WAGES EARNED.

##END OF ORDER##